**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RODNEY JUSTIN, 24436-057,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 3:12-CV-4338-N** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), including de novo review of any

portion to which objection was made, the Court finds that the Findings, Conclusions and

Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and

conclusions of the Court.

Signed this 7th day of December, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE